PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 27 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carol Lynn Brady          Case Number: 2:02CR00037-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/9/2002          Type of Supervision: Supervised Release

Original Offense: Distribution of More Than 5 Grams          Date Supervision Commenced: 11/19/2004
of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 46 Months; TSR - 48          Date Supervision Expires: 11/18/2008
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall reside at a community corrections center for a period of up to 180 days, with subsistence being waived. This placement may include a prerelease component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of that facility and remain at that facility until discharged by the Court.

### CAUSE

The offender submitted positive urinalysis tests for marijuana at Second Chance-Iverson Center in Spokane, Washington, on the following dates: May 12, 2005; May 16, 2005; May 17, 2005; May 27, 2005; June 8, 2005; and June 14, 2005. During this time frame, two of the six tests reflected new usage on the following dates: May 27, 2005; and June 14, 2005, based on the nanogram levels provided by Quest Laboratories in San Diego, California.

The delay in reporting this information to the Court occurred again because the offender initially denied using, but then acknowledged her inappropriate behavior. As a result, this officer had to repeatedly wait for the urinalysis results over a period of time to enure the THC nanogram levels were dissipating. Ms. Brady signed the "Eastern District of Washington U.S. Probation and Pretrial Services Admission of Drug Usage" form admitting to using marijuana on the following dates: May 21, 2005; May 22, 2005; and June 13, 2005. This explains the urinalysis drug tests reflecting positive urine results on May 27, 2005, (426 nanogram level); and June 14, 2005, over 700 ( nanogram level).

Ms. Brady knows she has a problem, but has been reluctant to address her issues. I believe that placing Carol Brady at Turner House will provide her clean and sober housing. In addition, with her being involved in intensive outpatient treatment services at New Horizon Outpatient Clinic in Spokane, will essentially provide her inpatient treatment programming. This treatment approach will allow her to continue to work in the community. I have asked the Court

Prob 12B
**Re: Brady, Carol Lynn**
**June 14, 2005**
**Page 2**

to waive subsistence at Turner House, so that she would not loose her apartment. Ms. Brady understands the rationale behind this latest modification. The offender has been informed that if she continues to use illegal drugs at Turner House, that they will terminate her from the program and she will be brought before the Court.

Respectfully submitted,

by

Brenda J. Kuest
U.S. Probation Officer
Date: June 14, 2005

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date