PROB 12B
(7/93)

Report Date: February 15, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 1 6 2006**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Carol Lynn Brady          Case Number: 2:02CR00037-001 WFN

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/09/2002          Type of Supervision: Supervised Release

Original Offense: Distribution of More Than 5 Grams          Date Supervision Commenced: 11/19/2004
of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 46 months;          Date Supervision Expires: 11/18/2008
TSR - 48 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

21          You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
directed by the supervising probation officer, but no more than six tests per month, in order to confirm
continued abstinence from these substances.

22          You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
directed by the supervising probation officer, but no more than six tests per month, in order to confirm
continued abstinence from this substance.

### CAUSE

On September 1, 2005, the offender tested positive for marijuana upon her admission to Second Chance-Turner
House in Spokane, Washington. This sample was confirmed positive by Redwood Toxicology Laboratory in Santa
Rosa, California, on September 8, 2005. It should be noted that the offender had been tested prior to being released
from Pioneer Center East's Inpatient Program in Spokane, Washington, on August 31, 2005, and the sample was
negative. This officer took no action on this matter, as it was anticipated Ms. Brady would benefit from clean and
sober housing at Turner House.

On February 2, 2006, this officer met with the offender to have her sign a waiver of hearing to add the modification
for drug and breathalyzer testing to occur no more than six times per month. Ms. Brady understands the rationale
behind this modification.

The offender is scheduled to be released from Turner House on February 27, 2006. She will have spent the entire
6 months at this facility. She worked at 7-11 throughout the majority of her stay at Turner House. While this officer
would have preferred Ms. Brady advising this officer prior to leaving her job at 7-11 to enroll in college, the

Prob 12B

**Re: Brady, Carol Lynn**
**February 15, 2006**
**Page 2**

probation office does support her attending college. She enrolled at Spokane Community College in Spokane on January 4, 2006, and is taking a computer and an English course. She is currently receiving unemployment. Ms. Brady has been asked by this officer and Turner House staff to secure part-time employment. To date, she has not found employment.

This officer is respectfully requesting that Ms. Brady be released from Turner House on February 27, 2006, when her 6-month stay will terminate. The probation office believes she has utilized all the services available to assist her in being a law abiding citizen.

Respectfully submitted,

by

Brenda J. Kuest
U.S. Probation Officer
Date: February 15, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Feb 16 2006
Date